UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MURAL ENTERPRISES, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-34-MMA-BLM<br><br>**ORDER GRANTING APPLICATION FOR APPEARANCE AND DEBTOR EXAMINATION** |

　　　Before the Court is Chris Langer's ("Judgment Creditor") renewed Application for Appearance and Debtor Examination ("Application") as directed to Murad Enterprises, LLC ("Judgment Debtor"). (Doc. No. 24.) The Court **GRANTS** the Application.

　　　On June 2, 2020, the Court issued an order directing the Clerk of this Court to enter judgment against Defendants Murad Enterprises, LLC and M Fuel II, Inc. ("Defendants") jointly and severally and in favor of Plaintiff Chris Langer in the amount of $8,865.50, consisting of $4,000.00 in statutory damages; $4,307.50 in attorneys' fees; and $558.00 in costs. (Doc. No. 16.) On that same day, judgment was entered against Defendants accordingly. To date, the Judgment Debtor has not made payment to satisfy the judgment to any extent. Accordingly, on January 5, 2023, the Judgment Creditor filed an Application for Appearance and Examination Regarding Enforcement of Judgment ("Initial Application"). (Doc. No. 22.) On January 6, 2023, this Court denied without prejudice the

Judgment Creditor's Initial Application for non-compliance. (Doc. No. 23.) On January 19, 2023, the Judgment Creditor renewed the Initial Application by filing the instant Application, which is ripe for this Court's resolution. (Doc. No. 24.)

      The Court finds the Application cures the prior defects identified in the Court's January 6, 2023, Order by (1) establishing venue in the county in which the Judgment Debtor resides or maintains a place of business and (2) confirming the Judgment Debtor has not been examined within the past 120 days. Specifically, the Application makes clear "the registered address for Murad Enterprises, LLC is 3377 Sandrock Rd., San Diego, California, which is in the county where the court is located or within 150 miles of the location of the court." (Doc. No. 24, 2.) Further, the Application avers "the judgment debtor has not been examined within the past 120 days." (*Id*.) Coupled with the facts that the judgment remains outstanding, and the purpose of the requested examination remains to obtain "documents and information in order to aid in the enforcement of the judgment entered by this Court," a judgment debtor examination is proper in such instance. *See* Cal. Civ. Proc. Code § 708.110(a)-(b); Cal. Civ. Proc. Code § 708.160(b). Accordingly, the Court GRANTS the Judgment Creditor's Application for the Judgment Debtor to appear for an examination.

      **Based on the foregoing, IT IS HEREBY ORDERED:**

1. Judgment Debtor must appear for an examination on:

    **Date:** May 3, 2023
    **Time:** 10:00 AM
    **Location:** United States District Court, Southern District of California, James M. Carter and Judith N. Keep Courthouse, 333 W. Broadway, San Diego, California, 92101, Jury Assembly Room 230

to furnish information to aid in enforcement of the money judgment against the Judgment Debtor.

2.      The Judgment Creditor must personally serve this order by a sheriff, marshal, or registered process server upon the Judgment Debtor within ten (10) days before the date set for the examination and must file a proof of service with the Court.

**NOTICE TO JUDGMENT DEBTOR: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**[1]

**IT IS SO ORDERED**.

Dated: January 20, 2023

                                       Hon. William V. Gallo
                                       United States Magistrate Judge

---

[1] This notice is furnished pursuant to California Code of Civil Procedure § 708.110(e).